**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00152-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALEJANDRO MORENO,

    Defendant.

## MINUTE ORDER[1]

    On July 17, 2013, the court conducted a setting conference with counsel and probation appearing in chambers. After conferring with the parties and with their consent,

    **IT IS ORDERED** that on **August 5, 2013**, commencing at 1:30 p.m., the court shall conduct a hearing regarding violation of supervised release.

    Dated: July 17, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.